IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE HILLS,<br>　　　Petitioner,<br><br>v.<br><br>DOUGLAS DRETKE, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-04-3432 |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum Opinion and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk is to provide a copy of this order to all parties.

Signed at Houston, Texas, on August 5, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE